# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

**UNITED STATES OF AMERICA**

v.

**STEVEN SHOBERT**

Case No. 24-8058

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for:

**The United States of America**
Party or Parties[1]

**the Appellee/Respondent** in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Jonathan C. Coppom
Name of Counsel

/s/ Jonathan C. Coppom
Signature of Counsel

P.O. Box 668, Cheyenne, WY 82003
307-772-2120
Mailing Address and Telephone Number

jonathan.coppom@usdoj.gov
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

**CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))**

---

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

____  The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

_✓_  There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 11, 2024
Date

/s/ Jonathan C. Coppom
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

   **✓**   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

   ____   On _____, I sent a copy of this Entry of Appearance Form via U.S. mail to:


September 11, 2024
Date

*/s/ Jonathan C. Coppom*
Signature