IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 24-8058 |
| | ) | |
| STEVEN SHOBERT, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**MOTION TO CONTINUE APPOINTMENT**

Pursuant to Tenth Circuit Rule 46.3(B), the Office of the Federal Public Defender for the Districts of Colorado and Wyoming respectfully moves to continue appointment in this case. In support, counsel states:

1. Steven Shobert has been found eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A.

2. This office represented Mr. Shobert in the District of Wyoming.

3. Mr. Shobert, through trial counsel, filed a notice of appeal to this Court on August 29, 2024.

4. Undersigned counsel is an Assistant Federal Public Defender in the Appellate Unit of the Office of the Federal Public Defender for the Districts of Colorado and Wyoming and has been assigned to handle Mr. Shobert's appeal.

5. The Court and Mr. Shobert will benefit from the FPD continuing to represent Mr. Shobert because the appeal will be handled by an experienced appellate lawyer who will be able to easily consult with trial counsel.

6. Mr. Shobert is currently serving the sentence of imprisonment imposed in this case.

For these reasons, the Office of the Federal Public Defender for the Districts of Colorado and Wyoming asks this Court to continue its appointment in this case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Jon W. Grevillius*
JON W. GREVILLIUS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
Email: Jon_Grevillius@fd.org

# CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion is proportionally spaced and contains 196 words. I relied on my word processor to obtain the count, and the information is true and correct to the best of my knowledge.

*/s/ Jon W. Grevillius*
JON W. GREVILLIUS
Assistant Federal Public Defender