# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>v.<br><br>STEVEN SHOBERT,<br>　　　Defendant-Appellant. | Case No. 24-8058 |

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Counsel for Steven Shobert moves for an additional 30 days, until Friday, December 27, 2024, to file the opening brief. Counsel states:

1. The opening brief is due November 27, 2024. This is counsel's first request for an extension of time.

2. Counsel has been busily engaged in other cases and filed three briefs between November 15 and November 19, 2024: (1) the Opening Brief in *United States v. Bustos*, no. 24-5067; (2) the Reply Brief in *United States v. Redfoot*, no. 23-4148; and (3) the Reply Brief in *United States v. Davis*, no. 23-1367. Additionally, much of counsel's time has been taken up by duties assisting in preparing motions in various cases in the Districts of Colorado and Wyoming.

3. This request is being made at least three days before the current opening brief deadline. *See* 10th Cir. Rule 27.6.

4. The government does not oppose this motion.

5. Mr. Shobert is serving the sentence imposed.

6. For these reasons, counsel for Mr. Shobert requests an additional 30 days to file the opening brief.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
>
> */s/ Jon W. Grevillius*
> JON W. GREVILLIUS
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, Colorado 80202
> (303) 294-7002
> Email: Jon_Grevillius@fd.org

# CERTIFICATE OF COMPLIANCE

     As required by Fed. R. App. P. 32(g)(1), I certify that this motion is proportionally spaced and contains 175 words. I relied on my word processor to obtain the count, and the information is true and correct to the best of my knowledge.

                                      */s/ Jon W. Grevillius*
                                      JON W. GREVILLIUS
                                      Assistant Federal Public Defender