# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff-Appellee,<br><br>v.<br><br>STEVEN SHOBERT,<br>  Defendant-Appellant. | Case No. 24-8058 |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Counsel for Steven Shobert moves for an additional 30 days, until Monday, January 27, 2024, to file the opening brief. Counsel states:

1. The opening brief is due December 27, 2024. This is counsel's second request for an extension of time.

2. Counsel has been busily engaged in other cases. He filed the reply briefs in *United States v. Chee*, no. 24-2053 (Dec. 9, 2024), and *United States v. Berryhill*, no. 24-7008 (Dec. 23, 2024). Counsel has been drafting the opening brief in *United States v. Nemeth*, 24-8049. Also, he was out of town December 9th through the 13th for a conference.

3. This request is being made at least three days before the current opening brief deadline. *See* 10th Cir. Rule 27.6.

4. The government does not oppose this motion.

5. Mr. Shobert is serving the sentence imposed.

6. For these reasons, counsel for Mr. Shobert requests an additional 30 days to file the opening brief.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Jon W. Grevillius*
JON W. GREVILLIUS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
Email: Jon_Grevillius@fd.org

# CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion is proportionally spaced and contains 157 words. I relied on my word processor to obtain the count, and the information is true and correct to the best of my knowledge.

>*/s/ Jon W. Grevillius*
>JON W. GREVILLIUS
>Assistant Federal Public Defender