IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

v.

STEVEN SHOBERT,
    Defendant-Appellant.

Case No. 24-8058

**THIRD MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Counsel for Steven Shobert moves for an additional 30 days, until Wednesday, February 26, 2025, to file the opening brief. Counsel states:

1.      The opening brief is due January 27, 2025. This is counsel's third request for an extension of time.

2.      Extraordinary circumstances have prevented counsel from completing the opening brief. Counsel has been busily engaged in other matters that he had to prioritize. He filed the Opening Brief in *United States v. Nemeth*, 24-8049 (January 13, 2025), and a lengthy motion for reduction of sentence in *United States v. Jolley*, no. 2:06-cr-00177-KHR (D. Wyo.) (January 21, 2025), a case in which undersigned entered his appearance in March 2024. Additionally, counsel has been busily preparing for upcoming oral arguments before this Court in *United States v. Davis*, no. 23-1367 (January 23, 2025), *United States v. Redfoot*, no. 23-4148 (January 23, 2025), and *United States v. Berryhill*, no. 24-7008 (February 4, 2025).

3.      Due to caseloads in the office, no other attorney can complete the opening brief before undersigned counsel.

4.      This request is being made at least three days before the current opening brief deadline. *See* 10th Cir. Rule 27.6.

5.      The government does not oppose this motion.

6.      Mr. Shobert is serving the sentence imposed.

For these reasons, counsel for Mr. Shobert requests an additional 30 days to file the opening brief.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Jon W. Grevillius*
JON W. GREVILLIUS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
Email: Jon_Grevillius@fd.org

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion is proportionally spaced and contains 224 words.  I relied on my word processor to obtain the count, and the information is true and correct to the best of my knowledge.


*/s/ Jon W. Grevillius*
JON W. GREVILLIUS
Assistant Federal Public Defender