# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

**UNITED STATES OF AMERICA**

v.

**STEVEN SHOBERT**

Case No. 24-8058

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States of America
[Party or Parties][1]

Appellee/Respondent              , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Christyne M. Martens
Name of Counsel

/s/ Christyne M. Martens
Signature of Counsel

P.O. Box 22211, Casper, WY 82602/307-261-5434
Mailing Address and Telephone Number

christyne.martens@usdoj.gov
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

3/20/2025
Date

*/s/ Christyne M. Martens*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
                [date]

_____

at_____,

the last known address/email address, by _____.
                                                           [state method of service]

3/20/2025_____
Date

*/s/ Christyne M. Martens*_____
Signature