# IN THE UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | **Appeal No. 24-8058** |
| | ) | |
| **STEVEN SHOBERT,** | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

## UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Tenth Circuit Rule 46.4, the United States hereby moves for Assistant United States Attorney David A. Kubichek withdrawal as counsel for the United States in the above-captioned matter.

The undersigned entered his appearance on November 6, 2024. Since that time, the undersigned has decided to retire and his last day actively working the United States Attorney's Office will be May 2, 2025. As such, this matter has been reassigned.

Assistant United States Attorneys Christyne M. Martens entered her appearance on behalf of the United States on March 20, 2025. Therefore, new counsel will be representing the United States in this matter. 10th Cir. R.

46.4(A)(2)(a). The United States consents to this motion and this motion has been served on the United States by this court's electronic filing system. 10th Cir. R. 46.4(A)(3).

Having satisfied the requirements of Rule 46.4, the United States respectfully requests an order granting Mr. Kubichek leave to withdraw and withdrawing him from this case.

**DATED** this 20th day of March, 2025.

Respectfully submitted,

STEPHANIE SPRECHER
Acting United States Attorney

By: */s/ David Kubichek*
David A. Kubichek
Assistant United States Attorney
P.O. Box 22211
Casper, WY 82602
307-261-5434

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2025, I served a true and correct copy of the foregoing upon counsel for the Defendant/Appellant, via the Tenth Circuit's CM/ECF.

*/s/ Heidi M. Mason*
UNITED STATES ATTORNEY'S OFFICE