Christyne M. Martens
Wyoming State Bar No. 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
christyne.martens@usdoj.gov

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff/Appellee, | ) |
| v. | ) |
| | ) **Appeal No. 24-8058** |
| **STEVEN SHOBERT,** | ) |
| Defendant/Appellant. | ) |

## UNITED STATES' FIRST MOTION FOR 31-DAY EXTENSION OF TIME TO FILE PRINCIPAL RESPONSE BRIEF

The United States' principal brief is presently due on March 28, 2025. For the reasons set forth below, the United States respectfully requests a 31-day extension of time to and including Monday, April 28, 2025, in which to file its brief.

1. The United States received the Defendant's opening brief on February 26, 2025.

2. Jonathan Coppom entered his appearance on September 11, 2024. However, he left the United States Attorney's Office on October 29, 2024, and he

no longer represents the United States in any capacity. He has been made aware that he is still listed as counsel for the United States in this matter, and he will be filing a motion to withdraw shortly.

3. The undersigned Assistant United States Attorney entered an appearance in this matter on March 20, 2025 and is now responsible for presenting the above-captioned appeal for the United States.

4. Given obligations in other cases, counsel needs additional time to research and prepare the brief of the United States. In addition to this case, counsel has been working on other cases both pending before the courts and under investigation.

5. The matters pending before the courts include *United States v. Rohrich*, 25-CR-49-J; *Gutierrez v. United States*, 25-CV-39-J (a *pro se* petition for relief raising multiple claims in which the United States has already received one extension of time); and *United States v. Madigan*, 25-CR-30-J (a wire fraud and false statements case).

6. The undersigned is also tasked with various collateral duties assisting other AUSAs in the prosecution of their cases. The undersigned is required to spend a considerable amount of time both preparing and reviewing cases and proposed indictments to meet deadlines for cases under investigation.

7. The Defendant is presently in federal custody serving his sentence.

2

8. Due to the undersigned's current workload and other unforeseen events, the undersigned has been unable to devote sufficient time to adequately research and prepare the government's Appellee Brief. Given their own caseloads, no other attorney in the office is in a better position to file the Appellee's Brief by its current due date.

9. This request constitutes the United States' first motion for an extension of time in this case.

10. The undersigned has consulted with counsel for the Defendant/Appellant, and he has indicated he has no objection to the United States' request herein.

For the foregoing reasons, the United States respectfully requests a 31-day extension of time to and including Monday, April 28, 2025, in which to file its principal brief in this appeal.

**DATED** this 24th day of March, 2025.

Respectfully submitted,

STEPHANIE I. SPRECHER
Acting United States Attorney

By: */s/ Christyne M. Martens*
CHRISTYNE M. MARTENS
Assistant United States Attorney
P.O. Box 22111
Casper, WY 82602-5010
307-261-5434
christyne.martens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2025, I electronically filed the foregoing **United States' First Motion for 31-Day Extension of Time to File Principal Response Brief** using the court's CM/ECF system which will send notification of such filing to Jon W. Grevillius, counsel for the Defendant/Appellant.

                                                */s/ Heidi M. Mason*
                                                UNITED STATES ATTORNEY'S OFFICE