IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | **Appeal No. 24-8058** |
| | ) | |
| **STEVEN SHOBERT,** | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Tenth Circuit Rule 46.4, Jonathan Coppom hereby moves for his withdrawal as counsel for the United States in the above-captioned matter.

The undersigned entered his appearance on September 11, 2024. However, he has accepted employment at Bruno, Colin, Goddard & Lowe and no longer represents the United States in any capacity.

Assistant United States Attorneys Christyne M. Martens entered her appearance on behalf of the United States on March 20, 2025. Therefore, new counsel will be representing the United States in this matter. 10th Cir. R. 46.4(A)(2)(a). The United States consents to this motion and this motion has been

served on the United States by this court's electronic filing system. 10th Cir. R. 46.4(A)(3).

Having satisfied the requirements of Rule 46.4, the Mr. Coppom respectfully requests an order granting him leave to withdraw and withdrawing him from this case.

**DATED** this 24th day of March, 2025.

By: *s/ Jonathan Coppom*
Jonathan Coppom
Bruno, Colin, Goddard & Lowe
1120 Lincoln Street, Suite 1606
Denver, CO 80203
jcoppom@brunolawyers.com
(303) 831-1099

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2025, I served a true and correct copy of the foregoing upon counsel of record, via the Tenth Circuit's CM/ECF.

*/s/ Julie Bozeman*
Bruno, Colin, Goddard & Lowe, PC