Christyne M. Martens  
Wyoming State Bar No. 7-5044  
Assistant United States Attorney  
District of Wyoming  
P.O. Box 22211  
Casper, WY 82602  
307-261-5434  
christyne.martens@usdoj.gov

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff/Appellee, | ) |
| v. | )  **Appeal No. 24-8058** |
| | ) |
| **STEVEN SHOBERT,** | ) |
| | ) |
| Defendant/Appellant. | ) |

## UNITED STATES' SECOND MOTION FOR 30-DAY EXTENSION OF TIME TO FILE PRINCIPAL RESPONSE BRIEF

The United States' principal brief is presently due on April 28, 2025. For the reasons set forth below, the United States respectfully requests a 30-day extension of time to and including May 28, 2025, in which to file its brief.

1. The United States received the Defendant's opening brief on February 26, 2025. The Brief of Appellee was originally due on March 28, 2025.

2. The undersigned Assistant United States Attorney entered an appearance in this matter on March 20, 2025 and is now responsible for presenting the above-captioned appeal for the United States.

3. The United States requested and received one extension, making its brief currently due on April 28, 2025.

4. Given obligations in other cases, counsel needs additional time to research and prepare the brief of the United States. In addition to this case, counsel has been working on other cases both pending before the courts and under investigation.

5. The matters pending before the courts include *United States v. Rohrich*, 25-CR-49-J; *Gutierrez v. United States*, 25-CV-39-J; *United States v. S. Madigan*, 25-CR-30-J; *United States v. V. Madigan*, 25-CR-39-S; *United States v. Cole*, 24-8060; *United States v. Vickers*, 24-8012.

6. The undersigned is also tasked with various collateral duties assisting other AUSAs in the prosecution of their cases. The undersigned is required to spend a considerable amount of time both preparing and reviewing cases and proposed indictments to meet deadlines for cases under investigation.

7. The undersigned was out of the office from on March 28, 2025 through April 6, 2025 on a trip that had been delayed and rescheduled due to a medical issue.

The undersigned traveled for work related obligations April 11, 2025 and April 12, 2025. And the undersigned will be out of the office on previously planned leave April 18, 2025 through April 22, 2025.

8. The Defendant is presently in federal custody serving his sentence.

9. Due to the undersigned's current workload and other unforeseen events, the undersigned has been unable to devote sufficient time to adequately research and prepare the government's Appellee Brief. Given their own caseloads, no other attorney in the office is in a better position to file the Appellee's Brief by its current due date.

10. This request constitutes the United States' second motion for an extension of time in this case.

11. The undersigned has consulted with counsel for the Defendant/Appellant, and he has indicated he has no objection to the United States' request herein.

For the foregoing reasons, the United States respectfully requests a 30-day extension of time to and including Wednesday, May 28, 2025, in which to file its principal brief in this appeal.

**DATED** this 18th day of April, 2025.

>Respectfully submitted,
>
>STEPHANIE I. SPRECHER
>Acting United States Attorney

By:  */s/ Christyne M. Martens*
CHRISTYNE M. MARTENS
Assistant United States Attorney
P.O. Box 22111
Casper, WY 82602-5010
307-261-5434
christyne.martens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2025, I electronically filed the foregoing **United States' Second Motion for 30-Day Extension of Time to File Principal Response Brief** using the court's CM/ECF system which will send notification of such filing to Jon W. Grevillius, counsel for the Defendant/Appellant.

>*/s/ Heidi M. Mason*
>UNITED STATES ATTORNEY'S OFFICE