

**U.S. Department of Justice**

*Darin D. Smith*
*United States Attorney*
*District of Wyoming*

Main Reception: (307) 261-5434

*Dick Cheney Federal Building*
*100 East "B" Street, Suite 2211*
*P.O. Box 22211*
*Casper, WY 82602-5010*

September 12, 2025

Christopher M. Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

      RE:    *United States v. Steven Shobert*, No. 24-8058

Dear Mr. Wolpert:

      Pursuant to Fed. R. App. P. 28(j), enclosed is a copy of the recent opinion in *United States v. Morgan*, --- F.4th ---, 2025 WL 2502968, *4, 9 (10th Cir. September 2, 2025), which held that 18 U.S.C. § 922(o) was constitutional as-applied to a defendant who asserted he was a law-abiding citizen who possessed handheld machineguns for self-defense.

      Shobert's primary contention is that § 922(o) is facially unconstitutional. (Aplt's Br. at 21-28). But to succeed on a facial challenge, he must "establish that no set of circumstances exists under which the Act would be valid." *United States v. Rahimi*, 602 U.S. 680, 693 (2024). Because *Morgan* decided that § 922(o) can be constitutionally applied, it defeats Shobert's facial challenge.

      The government disputes whether Shobert has sufficiently raised an as-applied challenge to § 922(o). (*Contra* Aplt's Reply at 23 n.5). But even if he has, *Morgan* shows he cannot succeed. Shobert has done nothing more than the defendant in *Morgan* to show that machineguns are in common use.

      Additionally, *Morgan*, at *5-6, discussed the number of machineguns. As an update to the government's brief on this point, as of June 2025 ATF clarified that the number of machineguns that are "transferable to . . . or between private individuals is approximately 234,718." ATF.gov, Data & Statistics, Machineguns Registered in the National Firearms Registration and Transfer Record, https://www.atf.gov/resource-center/data-statistics (last visited September 10, 2025). ATF explains that this number may include machineguns that "no longer function," that are in fact possessed by government or licensed entities, or that are possessed by individuals outside the United States. *Id*. Thus, the number of functioning machineguns lawfully possessed by civilians within the United States may be substantially lower than 234,718.

**Christopher M. Wolpert, Clerk**
September 12, 2025
Page 2

RE:   *United States v. Shobert*
      Appeal No. 24-8058

Respectfully submitted,

DARIN D. SMITH
United States Attorney

By:    */s/ Christyne M. Martens*
       CHRISTYNE M. MARTENS
       Assistant United States Attorney

CMM:hmm
c: Jon W. Grevillius